## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROLAND BEAVERS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )     **CAUSE NO. 06-658-WDS** |
| | ) |
| **MERCK & CO., INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## O R D E R

**STIEHL, District Judge:**

      This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

      **IT IS SO ORDERED.**

      **DATED: August 30, 2006.**


                          **s/ WILLIAM D. STIEHL**
                             **DISTRICT JUDGE**


Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 06-658-DRH.