IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROLAND BEAVERS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   **CAUSE NO. 06-658-WDS** |
| | ) |
| **MERCK & CO., INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: August 30, 2006.**

                               s/ WILLIAM D. STIEHL
                                    DISTRICT JUDGE


Case reassigned to United States District Judge David R. Herndon.  All future pleadings shall bear Case No. 06-658-DRH.