IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROLAND BEAVERS, and KARI ELSIK,
individually and as Special Administrator
of the Estate of CATHLEEN GRABER,
deceased,

Plaintiffs,

v.

MERCK & CO. INC.,

Defendant.                                        No. 06-CV-0658-DRH

## ORDER

HERNDON, District Judge:

      Pending before the Court is Defendant Merck's August 24, 2006 motion to stay all proceedings.  (Doc. 4).  Specifically, Merck moves the Court to stay this action pending its likely transfer to *In re Vioxx Products Liab. Litig.*, (MDL) No. 1657.  As of this date, Plaintiff has not responded to the motion.  Pursuant to LOCAL RULE 7.1(g), the Court considers this failure an admission of the merits of the motion.[1]  Thus, the Court GRANTS Merck's motion to stay (Doc. 4).  The Court

---

[1]"A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response.  Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."  LOCAL RULE 7.1(g).

**STAYS** this matter pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 14th day of September, 2006.

/s/        David   RHerndon
**United States District Judge**